**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**ERIC DARNELL HARRIS,**                                                                      **PETITIONER**

**v.**                                                           **No. 1:12CV206-A-V**

**LOWNDES COUNTY DETENTION CENTER, ET AL.**       **RESPONDENTS**

**MEMORANDUM OPINION**

This matter comes before the court on the *pro se* petition of Eric Darnell Harris for a writ of *habeas corpus* under 28 U.S.C. § 2254. The State has moved to dismiss the petition as moot. Harris has not responded to the motion, and the deadline for response has expired. The instant petition challenges Harris' pretrial detention on a Petition to Revoke Suspended Sentence filed in his state criminal action. Harris requests that all charges against him be dismissed, that his probation be reinstated, and that he be released from custody. After Harris filed the instant petition, the revocation proceedings were dismissed, the criminal charges pending against him were retired to the file, and he was released from custody. As Harris has received all the relief he requested, the instant petition for a writ of *habeas corpus* is **DISMISSED** with prejudice as moot. A final judgment consistent with this memorandum opinion shall issue today.

**SO ORDERED**, this the 30th day of August, 2013.

                                                                              /s/ Sharion Aycock
                                                                             **U.S. DISTRICT JUDGE**